UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
_____TAMPA_____ DIVISION

In Re:                                                    Chapter 13
Avirett, Amy L.
                                         Case No.



     Debtor(s).
_____/

<u>DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING</u>

     The undersigned,  <u>Amy L Avirett                              </u>,
declares under penalty of perjury that:

     1.    I have signed the original(s) of the document(s)
identified below under penalty of perjury ("Verified
Document(s)").

     2.    The information contained in the Verified Document(s)
is true and correct to the best of my knowledge and belief.

     3.    I understand that the Verified Document(s) are to be
filed in electronic form with the United States Bankruptcy Court
in connection with the above captioned case.

_____          _____
Signature of Debtor              Signature of Joint Debtor
or other declarant

<u>Verified Document(s)</u>:

| <u>Description</u> | <u>Date Executed</u> | <u>Date Filed</u> |
|---|---|---|
| Petition | 8/20/04 | 8/20/04 |
| Creditor Matrix | 8/20/04 | 8/20/04 |