**[8ndf]** [NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:04−bk−16561−PMG
Chapter 13

Amy L Avirett
aka Amy L Fisher
aka Amy L McDaniel
P.O. Box 4
Babson Park, FL 33827

_____Debtor(s)_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

NOTICE IS GIVEN THAT the above debtor(s) filed a voluntary petition on August 20, 2004 . Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Middle District of Florida, the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as listed below. The debtor(s) is provided an opportunity to cure the deficiencies within 10 days from the date of this notice unless set forth differently below. Failure to cure the deficiencies in a timely manner may result in the dismissal of this case.

VOLUNTARY PETITION :

☐ Pursuant to Fed. R. Bankr. P. 1007(f), the debtor(s) has failed to file a verified statement of social security

number(s). The debtor(s) is directed to submit to the clerk a verified statement of the social security number(s) of the debtor(s) and to give notice of the debtor(s)' complete social security number to all creditors and parties in interest and file with the court proof of service of the notice. The proof of service should redact the debtor(s) social security number.

☐ The voluntary petition does not comply with Official Form 1 as amended on December 1, 2003. In accordance

with the privacy policy adopted by the Judicial Conference of the United States, the voluntary petition must show only the last four digits of an individual's social security number. It is not necessary to amend the petition for this case. To avoid continued receipt of deficiency notices in future cases, please comply with the amendments to the Official Forms.

☐ Pursuant to Fed. R. Bankr. P. 1005, the Tax Identification Number of the Debtor was not provided or is

incomplete on the petition. The debtor is directed to file an amended petition and serve the amended petition upon all creditors. The debtor is further directed to file proof of service of the amendment with the court.

☐ The address of the debtor(s) is missing or incomplete on the petition and therefore the clerk is unable to provide

proper notice to creditors. The debtor(s) is directed to file an Amended Voluntary Petition with the complete address of the debtor(s).

☐ Pursuant to Fed. R. Bankr. P. 1008 and Fed. R. Bankr. P. 9011(a), the Voluntary Petition is not properly verified

by the debtor(s) and/or is not properly signed by the attorney for the debtor(s). . The debtor is directed to file an Amended Voluntary Petition containing proper signatures of all parties .

DECLARATION FOR ELECTRONIC FILING :

☐ The debtor(s) failed to file a Declaration Under Penalty of Perjury for Electronic Filing pursuant to Administrative Order FLMB–2003–3.

SCHEDULES AND STATEMENTS :

☑ The Summary of Schedules, Schedules or Statement of Financial Affairs are deficient as follows; Missing Summary of Schedules, Schedules or Statement of Financial Affairs Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the debtor(s) is directed to file the missing schedules with proper declaration of the debtor(s) no later than 15 days from the date the petition was filed. If additional creditors not initially provided with the Petition are added on the Schedules, the debtor(s) is directed to include the $26.00 amendment fee and provide Proof of Service of the Notice of Commencement to each additional creditor.

☐ Statement of Intention by Individual Chapter 7 Debtor. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and Section 521(2)(A) of the Bankruptcy Code, the debtor(s) is directed to file the Statement of Intention no later than 30 days from the date the petition was filed.

LIST OF CREDITORS :

☐ Pursuant to Fed. R. Bankr. P. 1007(a) and Local Bankruptcy Rule 1007–2, the voluntary petition was not accompanied by a list containing the names and addresses of the debtor's creditors. In addition, the debtor(s) has not filed a schedule of liabilities. The debtor(s) is directed to file a list containing the names and addresses of the debtor's creditors. The list must be in compliance with Local Bankruptcy Rule 1007–2.

☐ Pursuant to Local Rule 1007–2, the attorney for the debtor(s) failed to submit a computer readable diskette containing the names and addresses of all creditors of the debtor(s), or the diskette that was submitted was not properly formatted. The notice of commencement of case will exclude the creditors not submitted on disk, and therefore, their debts may not be dischargeable. The attorney for the debtor(s) is directed to serve a copy of the notice of commencement of case that contains the full social security number of the debtor(s) upon all creditors and file proof of service of the notice. The proof of service should redact the debtor(s) social security number. Along with the proof of service, the attorney for the debtor(s) is further directed to submit a properly formatted diskette, properly labeled with the debtor's name and case number, to the court. Upon submission of a computer readable disk, these creditors will be added to the case.

☐ Pursuant to Fed. R. Bankr. P. 1007(d), the debtor(s) in a Chapter 11 case failed to file a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims. The debtor(s) is directed to file a list of the 20 Largest Unsecured Creditors.

FILING FEES :

☐ Pursuant to Fed. R. Bankr. P. 1006(a), the Voluntary Petition was filed without payment of the required filing fee. In addition, the debtor(s) has not filed an application seeking approval to pay the filing fee in installments pursuant to Fed. R. Bankr. P. 1006(b). The debtor(s) is directed to pay the required filing fee totaling

☐ The Application to Pay Filing Fees in Installments is not properly signed by the debtor(s) in compliance with Fed. R. Bankr. P. 1006(b)(1). The debtor(s) is directed to file an Amended Application to Pay Filing Fees in Installments.

☐ The filing fee submitted with the petition has been returned to the debtor(s) or attorney for debtor(s) due to an incorrect payment amount or was tendered by personal check of the debtor(s). The debtor(s) is directed to return proper payment to the Court.

☐ The filing fee for petitions filed on or after November 1, 2003 increased to . The court is in receipt of payment of a partial filing fee in the amount of . The debtor(s) is directed to submit payment in the amount of for the remaining filing fee within five days from the date of service of this notice. A copy of this notice must be submitted with the payment. Failure to pay the remaining fee in a timely manner may result in the dismissal of this case.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR :

☑ Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a statement of compensation

as required by Section 329 of the Bankruptcy Code. The attorney for the debtor(s) is directed to file a statement of compensation in compliance with Fed. R. Bankr. P. 2016(b). Failure of the attorney for the debtor(s) to cure this deficiency may result in sanctions or the issuance of a show cause order.

CHAPTER 13 PLAN :

☑ Pursuant to Fed. R. Bankr. P. 3015(b), the debtor(s) has failed to file a Chapter 13 Plan. The debtor(s) is directed to file a signed and dated Chapter 13 Plan in compliance with Fed. R. Bankr. P. 3015(b) within 15 days from the date the petition was filed.

☐ The Chapter 13 Plan is not properly signed. The debtor(s) is directed to file an Amended Chapter 13 Plan with proper signature.

BANKRUPTCY PETITION PREPARER :

☐ The bankruptcy petition preparer failed to properly sign the voluntary petition, schedules or application to pay filing fees in installments or failed to provide an identifying number of the individual that prepared the document in accordance with Section 110(b)(1) and Section 110(c)(1). Failure of the bankruptcy petition preparer to cure this deficiency may result in fines in accordance with Section 110(b)(2) and Section 110(c)(3).

☐ Pursuant to Section 110(h)(1) of the Bankruptcy Code, the bankruptcy petition preparer has not filed a declaration under penalty of perjury disclosing any fee received from or on behalf of the debtor(s) within 12 months prior to filing the case. Failure to file the declaration of fees may result in the issuance of a show cause order.

OTHER :

☐

DATED on August 23, 2004

BY THE COURT
David K Oliveria , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue Suite 727
Tampa, FL 33602