UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  Case No.: 8:04-bk-16561-PMG
Amy L. Avirett
a/k/a Amy L. Fisher
a/k/a Amy L. McDaniel
_____/

CHAPTER 13 PLAN

Debtor submits to the supervision and control of the Trustee all or such a portion of the Debtor's future earnings or other future income as is necessary for the execution of this Plan. The Debtor shall pay to the Trustee $ 370.00 per month not to exceed 60 months.

CLASSIFICATION AND TREATMENT OF CLAIMS:

1. PRIORITY: Claims entitled to priority under § 507, Title 11, United States Code. Each creditor in this class shall be paid in full prior to commencement of distributions to any other class (except payments to Trustee shall be made by deduction from each payment made by the debtor to the Trustee) as follows:
   a. Allowed administrative expenses:
      i. Trustee's compensation of (5.00% of amounts paid by debtor under Plan)
      ii. Attorney's fees in Plan: $1,194.00
      iii. Taxes: None
      iv. Other: None

2. A. MORTGAGE ARREARS: (§1322(b)(5)) The Trustee shall cure defaults (plus interest if applicable) on claims secured only by a security interest in real property that is the Debtor's principle residence with the regular monthly Post-Petition mortgage payments to be paid directly to Creditor *Outside of the Plan*.

| Creditor | Est. Arrearage | Int. Rate | Regular Payment |
|---|---|---|---|
| **Washington Mutual Home Loans** | 15,000.00 | 0.00% | 543.24 |

   B. SECURED CLAIMS IN DEFAULT OTHER THAN REAL PROPERTY: NONE

3. A. OTHER SECURED CLAIMS: (§1325(a)(5)) The Creditors whose security consists of tangible or intangible personal property are as follows:

| Creditor | Collateral | Est. Amount of Claim |
|---|---|---|
| **Refrigeration & Electric Service, Inc.** | **AC Unit** | **1,200.00** |

This Creditor shall **retain its lien** and shall be paid in accordance with the terms of the current security agreement by the Debtor directly to Creditor *Outside of the Plan*.

    B. PROPERTY TO BE SURRENDERED: NONE

4.    SEPARATE CLASS OF UNSECURED CREDITORS: The Creditors whose claims consist of non-dischargeable student loan debts are as follows:

| Creditor | Reason | Est. Amount of Claim |
|---|---|---|
| **EdFinancial Services** | **Student Loan** | **6,645.38** |

This Creditor shall be paid **100%** of its claim *Outside of the Plan* as it comes due.

5.    TIMELY FILED UNSECURED CLAIMS: The Trustee shall pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the Trustee and not paid under any other section of this Plan their pro rata share of approximately $4,824.87 or **20%** of the total allowed unsecured claims.

6.    OTHER PROVISIONS:
    a. Executory Contracts and unexpired leases. NONE
    b. Secured Liens to be Avoided: NONE
    c. The following claims shall be paid *directly to creditors* (not through plan).

| Creditor | Collateral | Est. Amount of Claim |
|---|---|---|
| **Washington Mutual Home Loans** | **Homestead Property** | **64,221.91** |
| **Refrigeration and Electric Service, Inc.** | **AC Unit** | **1,200.00** |
| **EdFinancial Services** | **Student Loan** | **6,645.38** |

PLAN ANALYSIS AND SUMMERY:

Total debt provide under the Plan and administrative expenses:
1. Total Priority Claims:
   a. Unpaid attorney's fee: $1,194.00
      (Total attorney's fees are estimated to be
      $1,500.00 of which $306.00 has been prepaid).
   b. Taxes: $0.00
   c. Other: $0.00
2. Total of payments to cure defaults: $15,000.00
3. Total payment on secured claims: $0.00
4. Non-Dischargeable/Student Loan (20% of $6,645.38) $0.00
5. Total of payments on unsecured claims: (20%) $4,824.87
6. Sub-Total: $21,018.87
7. Total Trustee's Compensation (5%) $1,106.26
8. Total debt and administrative expenses: $22,125.13

Dated this 2 day of September, 2004

*Amy L. Avirett* (signature)
Amy L. Avirett